United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60199
Summary Calendar
_____

JUAN ALBERTO SUAZO-UMANZOR,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 325 120
---------------------

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:*

    Juan Alberto Suazo-Umanzor, a citizen of El Salvador,
petitions this court to review the decision of the Board of
Immigration Appeals ("BIA") denying his application for asylum,
withholding of removal, and protection under the Convention
Against Torture ("CAT").  Suazo-Umanzor asserts that his "life
was threatened and because the government of El Salvador appears
to be unable or unwilling to control the gangs in said country"
he is entitled to a grant of asylum.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Suazo-Umanzor, who is represented by counsel, does not challenge the immigration judge's ("IJ's") finding that his claim does not fall within one of the five grounds enumerated in the Immigration and Nationality Act to establish eligibility for asylum. Further, he does not challenge the IJ's finding that he failed to establish that he could not relocate to another part of El Salvador to avoid the problems with the gang. Finally, Suazo-Umanzor does not argue that there was error in the denial of his application for withholding of removal or protection under the CAT. As such, Suazo-Umanzor has abandoned all of his claims on appeal. See Calderon-Ontiveros v. I.N.S., 809 F.2d 1050, 1052 (5th Cir. 1986). Accordingly, Suazo-Umanzor petition for review of the BIA's decision is DISMISSED AS FRIVOLOUS. See 5TH CIR. R. 42.2.